IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
MAR 23 2018
Clerk, U S District Court
District Of Montana
Billings

| LAUREN F. SCHWARTZ, M.D. on assignment of AMANDA S., | CV 17-142-BLG-SPW |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| ASSOCIATED EMPLOYERS GROUP BENEFIT PLAN AND TRUST, and EMPLOYEE BENEFIT MANAGEMENT SYSTEMS, | |
| Defendants. | |

Plaintiff, Lauren F. Schwartz, M.D. moves for the admission of Samuel S. Saltman to practice before the Court in the above captioned matter with Colin Gerstner of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiff Lauren F. Schwartz, M.D.'s motion to admit Samuel S. Saltman to appear *pro hac vice* (Doc. 29) is GRANTED and he is authorized to appear as counsel with Colin Gerstner pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 22nd day of March, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1