IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
MAY 16 2018
Clerk, US District Court
District of Montana - Billings

LAUREN F. SCHWARTZ, M.D. on assignment of AMANDA S.,

Plaintiff,

vs.

ASSOCIATED EMPLOYERS GROUP BENEFIT PLAN AND TRUST, and EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC.,

Defendants.

CV 17-142-BLG-SPW

ORDER

Plaintiff Lauren F. Schwartz, M.D., moves for the admission of Michael Smikun to practice before the Court in the above captioned matter with Colin Gerstner of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and Defendants do not object.

IT IS SO ORDERED that Plaintiff's motion to admit Michael Smikun to appear *pro hac vice* (Doc. 33) is GRANTED and he is authorized to appear as counsel with Colin Gerstner pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 15th day of May, 2018.

SUSAN P. WATTERS
United States District Judge

1