# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| LAUREN F. SCHWARTZ, M.D. on assignment of AMANDA S., <br><br> Plaintiff, <br><br> v. <br><br> ASSOCIATED EMPLOYERS GROUP BENEFIT PLAN AND TRUST, and EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC., <br><br> Defendants. | Cause No. CV 17-142-BLG-SPW <br><br> **ORDER** |

Before the Court is Defendant Employee Benefit Management Services' motion to strike the affidavit of Plaintiff Lauren Schwartz, which she filed in her reply brief to support her motion for a protective order. (Docs. 41, 44-45). The Court has already granted Schwartz's motion for a protective order. (Doc. 47). EBMS's motion to strike the affidavit (Doc. 45) is therefore denied as moot.

DATED this 6th day of June, 2018.

SUSAN P. WATTERS
United States District Judge