FILED

JUL 1 0 2018

Clerk, U S District Court
District Of Montana
Billings

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| LAUREN F. SCHWARTZ, M.D. on assignment of AMANDA S., <br><br> Plaintiff, <br><br> v. <br><br> ASSOCIATED EMPLOYERS GROUP BENEFIT PLAN AND TRUST, and EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC., <br><br> Defendants. | Cause No. CV 17-142-BLG-SPW <br><br> **ORDER** |

Upon review of the Plaintiff's Unopposed Motion to Appear at Deposition Telephonically (Doc 50), and for good cause shown,

IT IS HEREBY ORDERED that the motion (Doc. 50) is **GRANTED**. Attorney Colin Gerstner is permitted to appear at Dr. Schwartz's deposition telephonically.

DATED this 10th day of July, 2018.

SUSAN P. WATTERS
United States District Judge