UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
AUG 28 2018
Clerk, US District Court
District of Montana - Billings

| | |
|---|---|
| LAUREN F. SCHWARTZ, M.D. on assignment of AMANDA S., <br><br> Plaintiff, <br><br> v. <br><br> ASSOCIATED EMPLOYERS GROUP BENEFIT PLAN AND TRUST, and EMPLOYEE BENEFIT MANAGEMENT SYSTEMS, <br><br> Defendants. | Cause No. CV 17-142-BLG-SPW <br><br> **ORDER** |

Plaintiff Lauren F. Schwartz, M.D. moves for the admission of Daniel Nowak to practice before the Court in the above captioned matter with Colin Gerstner of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS ORDERED that the Plaintiff's motion to admit Daniel Nowak to appear *pro hac vice* (Doc. 52) is GRANTED and he is authorized to appear as counsel with Colin Gerstner pursuant to L.R. 83.1(d) in this case.

DATED this 28th day of August, 2018.

SUSAN P. WATTERS
United States District Judge