FILED
DEC 04 2018
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LAUREN F. SCHWARTZ, M.D., on assignment of AMANDA S., <br><br>Plaintiff, <br><br>vs. <br><br>ASSOCIATED EMPLOYERS GROUP BENEFIT PLAN AND TRUST, and EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC., <br><br>Defendants. | CV 17-142-BLG-SPW <br><br>ORDER |

The Court having been notified of the settlement of this case (Doc. 59), and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 60 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are **VACATED.**

FURTHER, the Final Pretrial Conference set for April 24, 2019 at 1:30 p.m. is **VACATED.**

FURTHER, the jury trial set for May 6, 2019 at 9:00 a.m., is **VACATED**.

The Clerk of Court is directed to notify all parties of the making of this Order.

DATED this 4th day of December, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge