UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

DEC 27 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| LAUREN F. SCHWARTZ, M.D. on assignment of AMANDA S., <br><br> Plaintiff, <br><br> v. <br><br> ASSOCIATED EMPLOYERS GROUP BENEFIT PLAN AND TRUST, and EMPLOYEE BENEFIT MANAGEMENT SERVICES, INC., <br><br> Defendants. | Cause No. CV 17-142-BLG-SPW <br><br> **ORDER** |

Upon the Stipulation of Dismissal With Prejudice (Doc. 61) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees.

DATED this 27th day of December, 2018.

SUSAN P. WATTERS
United States District Judge